**Dana H. FRACTION, Plaintiff–Appellant,**

v.

**BANK OF AMERICA CORPORATION, Defendant–Appellee.**

No. 03–1561.

United States Court of Appeals, Fourth Circuit.

Submitted June 19, 2003.

Decided June 24, 2003.

Dana H. Fraction, Appellant Pro Se. Douglas Michael Topolski, Elena Daly Marcuss, McGuirewoods, L.L.P., Baltimore, Maryland, for Appellee.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Dana H. Fraction appeals the district court's order dismissing her second civil action in which she alleged wrongful termination as precluded by res judicata. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Fraction v. Bank of America Corp.*, No. CA–02–4158–MJG (D.Md. Apr. 2, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*